**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:

TONY WADE BASSETT

MARY LORETTA BASSETT

775 WINSTEAD RD

QUEBECK, TN  38579

Case No.05-15726-GP2-13

JUDGE GEORGE C PAINE

DATE:  October 22, 2009

---

### TRUSTEE'S REPORT OF UNCLAIMED MONIES

---

    In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety(90) days after a final dividend has been declared and distributed herein.  Included with this filing, is the sum of **$42.13** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s) | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| **PRECISION ANESTHESIA** | **5751 UPRAIN RD STE 100**<br>**CHATTANOOGA, TN  37411** | **$42.13** |

Respectfully submitted,

/s/ Henry E. Hildebrand, III

HENRY E. HILDEBRAND, III

CHAPTER 13 TRUSTEE

P O BOX 190664

NASHVILLE, TN  37219-0664

PHONE:  615-244-1101

FAX: 615-242-3241

pleadings@ch13nsh.com